Fill in this information to identify the case:

Debtor name: **ECS Labs, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Chris Fagan<br>3301 Indian Trail<br>Worcester, MA | | Note Payable | | | | $50,000.00 |
| Elgin B. Allen, Jr.<br>8144 Walnut Hill Lane<br>Suite 900<br>Dallas, TX 75231 | | Note Payable | | | | $701,000.00 |
| MCP Wellness II LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Convertible Note | | | | $5,542,740.00 |
| Merida Capital Partners II & III LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Senior Secured Note | | $260,240.00 | $0.00 | $260,240.00 |
| Merida Capital Partners II & III, LP<br>641 Lexington Ave.<br>18th Floor<br>New York, NY 10022 | | Promissory Notes | | | | $732,758.00 |

Fill in this information to identify the case:

Debtor name: **ECS Labs, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 1,024,813.06

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 1,024,813.06

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $ 260,240.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 7,212,398.32

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b      $ 7,472,638.32